IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTERNATIONAL HEALTH BRANDS, LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>ASHLEE R. FOY, an individual; MICHAEL L. KAUFMAN, an individual; and KCM BRANDS, LLC, a Florida limited liability company,<br><br>                Defendants. | Case No. 9:24-cv-80679-DMM |

**<u>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE</u>**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case, United States Magistrate Judge William Matthewman, conduct any and all further proceedings in the case (including the trial) and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

| | |
|---|---|
| Dated: August 15, 2024. | Respectfully submitted, |
| /s/ Marc J. Randazza<br>Marc J. Randazza (FL Bar No. 625566)<br>ecf@randazza.com<br>RANDAZZA LEGAL GROUP, PLLC<br>2 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33131<br>Tel: (888) 887-1776<br><br>Jay M. Wolman (*Pro Hac Vice*)<br>RANDAZZA LEGAL GROUP, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103 | /s/ Thomas G. Pasternak<br>Alan L. Raines (FL Bar No. 520111)<br>alan@raineslegal.com<br>Elizabeth Jimenez (FL Bar No. 1008516)<br>ejimenez@raineslegal.com<br>RAINES LEGAL<br>2500 N. Military Trail, Ste. 303<br>Boca Raton, FL 33431<br>Tel: (561) 693-3221<br><br>Thomas G. Pasternak *(Pro Hac Vice)*<br>(Illinois Bar No. 6207512) |

Tel: (888) 887-1776
jmw@randazza.com

*Attorneys for Plaintiff,
International Health Brands, LLC*

tpasternak@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Ste. 2600
Chicago, IL 60601
Tel: (312) 527-4000

*Attorneys for Defendants, Ashlee Foy,
Michael Kaufman, and KCM Brands, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
MARC J. RANDAZZA