IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTERNATIONAL HEALTH BRANDS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEE R. FOY, an individual; MICHAEL L. KAUFMAN, an individual; and KCM BRANDS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 9:24-cv-80679-DMM |

## JOINT CONFERENCE REPORT

Plaintiff International Health Brands, LLC ("Plaintiff") and Defendants Ashlee R. Foy ("Foy"), Michael L. Kaufman ("Kaufman"), and KCM Brands, LLC ("KCM") (collectively the "Parties"), by and through their respective undersigned counsel and, in anticipation of the Status Conference set for August 22, 2024, submit the following Joint Conference Report.

The parties conferred on August 21, 2024, per the Order of August 19, 2024 (ECF No. 23) on the topics set forth by the Court and report as follows:

**(1)   An estimate of the time required for trial:**

The parties estimate a 5 day trial.

**(2)   Proposed trial dates:**

The parties propose a February 1, 2026, trial date.

**(3)   Status of the current litigation:**

Defendants KCM Brands, LLC, and Michael L. Kaufman filed their Answer and Affirmative Defenses on August 5, 2024 (ECF No. 10).

Defendant Ashlee R. Foy moved to dismiss Count 11 of the Complaint on August 5, 2024 (ECF No. 11). Plaintiff filed its response on August 19, 2024 (ECF No. 24). Defendant Foy's reply is due on August 26, 2024.

**(4)   Any other Matters which need to be addressed by the parties or the Court:**

None. The Parties generally refer back to their Joint Scheduling Report and Joint Proposed Scheduling Order (ECF No. 13) and request the adoption of a schedule consistent therewith.

|  |  |
|---|---|
| Dated: August 21, 2024. | Respectfully submitted, |
| /s/ Marc J. Randazza<br>Marc J. Randazza (FL Bar No. 625566)<br>ecf@randazza.com<br>RANDAZZA LEGAL GROUP, PLLC<br>2 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33131<br>Tel: (888) 887-1776<br><br>Jay M. Wolman (Pro Hac Vice)<br>jmw@randazza.com<br>RANDAZZA LEGAL GROUP, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>Tel: (888) 887-1776<br><br>*Attorneys for Plaintiff,*<br>*International Health Brands, LLC* | /s/ Thomas G. Pasternak<br>Alan L. Raines (FL Bar No. 520111)<br>alan@raineslegal.com<br>Elizabeth Jimenez (FL Bar No. 1008516)<br>ejimenez@raineslegal.com<br>RAINES LEGAL<br>2500 N. Military Trail, Ste. 303<br>Boca Raton, FL 33431<br>Tel: (561) 693-3221<br><br>Thomas G. Pasternak *(Pro Hac Vice)*<br>(Illinois Bar No. 6207512)<br>tpasternak@taftlaw.com<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 E. Wacker Drive, Ste. 2600<br>Chicago, IL 60601<br>Tel: (312) 527-4000<br><br>*Attorneys for Defendants, Ashlee Foy,*<br>*Michael Kaufman, and KCM Brands, LLC* |

Case No. 9:24-cv-80679-DMM

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
MARC J. RANDAZZA