- 1 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTERNATIONAL HEALTH BRANDS, LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>ASHLEE R. FOY, an individual;<br>MICHAEL L. KAUFMAN, an individual;<br>and KCM BRANDS, LLC, a Florida limited liability company,<br><br>                Defendants. | Case No. 9:24-cv-80679-DMM<br><br>**ORDER GRANTING EXPEDITED MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE AND STAY PROCEEDINGS** |

       THIS CAUSE having come before the Court on the Expedited Motion to Voluntarily Dismiss Without Prejudice and Stay Proceedings (the "Motion"), pursuant to Fed. R. Civ. P. 41(a)(2). This Court having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

       The Motion is **GRANTED**. This action is **DISMISSED** without prejudice, with each party to bear their own fees and costs.

       DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

                                                           _____<br>
                                                           The Honorable Donald M. Middlebrooks<br>
                                                           United States District Judge

Copies furnished to: All Counsel of Record