IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTERNATIONAL HEALTH BRANDS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br> vs.<br><br>ASHLEE R. FOY, an individual; MICHAEL L. KAUFMAN, an individual; and KCM BRANDS, LLC, a Florida limited liability company,<br><br>    Defendants. | Case No. 9:24-cv-80679-WM |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff International Health Brands, LLC, and Defendants Ashlee R. Foy, Michael L. Kaufman, and KCM Brands, LLC, hereby stipulate that Plaintiff's claims against Defendants are and shall be dismissed with prejudice, with each party responsible for its own costs and attorneys' fees.

Dated: February 11, 2025      Respectfully submitted,

| | |
|---|---|
| /s/ Marc J. Randazza<br>Marc J. Randazza (FL Bar No. 625566)<br>Kylie R. Werk (FL Bar No. 1031756)<br>ecf@randazza.com<br>RANDAZZA LEGAL GROUP, PLLC<br>2 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33131<br>Tel: (888) 887-1776<br><br>Jay M. Wolman (*Pro Hac Vice*)<br>jmw@randazza.com<br>RANDAZZA LEGAL GROUP, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>Tel: (888) 887-1776<br><br>*Attorneys for Plaintiff,* | /s/ Elizabeth Jimenez<br>Alan L. Raines  (Florida Bar No. 520111)<br>alan@raineslegal.com<br>Elizabeth Jimenez (Florida Bar No. 1008516)<br>ejimenez@raineslegal.com<br>RAINES LEGAL<br>2500 N. Military Trail, Suite 303<br>Boca Raton, FL  33431<br>Telephone: (561) 693-3221<br>Facsimile: (561) 404-1104<br><br>Thomas G. Pasternak (*Pro Hac Vice*)<br>tpasternak@taftlaw.com<br>Roshan P. Shrestha (*Pro Hac Vice*)<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 E. Wacker Drive, Suite 2600<br>Chicago, IL  60601 |

*International Health Brands, LLC*    Telephone:   (312) 527-4000
                                                          Facsimile:   (312) 527-4011

*Counsel for Defendants*

Case No. 9:24-cv-80679-WM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
MARC J. RANDAZZA